Judge Pauley

08 CV 6225 (WHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

    - against -

FABRIZIO PESCE, VIRGINWIGS.COM, and
VIRGINWIG.COM,

                Defendants.

------------------------------------------------------------x

ECF CASE

RULE 7.1 CORPORATE
DISCLOSURE STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York
         July 9, 2008

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By _____
    James W. Dabney
    Victoria J. B. Doyle
    Margaret A. Johnson

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

E-mail: james.dabney@friedfrank.com

Attorneys for Plaintiff
Virgin Enterprises Ltd.